UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINIC CASTLEBERRY,

    Plaintiff,

v.   Case No. 10-11460

DAIMLER CHRYSLER TRUCK FINANCIAL
"aka" CHRYSLER FINANCIAL SERVICES
AMERICAS, LLC,

    Defendant.
_____/

## JUDGMENT

In accordance with the court's July 31, 2012 "Order Denying Defendant's Motion to Strike, and Granting Defendant's Motion for Summary Judgment of the Complaint and Defendant's Counterclaim,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff. Dated at Detroit, Michigan, this 31st day of July, 2012.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                                       BY: S/Lisa Wagner
                                            Lisa Wagner, Deputy Clerk
                                            and Case Manager to
                                            Judge Robert H. Cleland