UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DOMINIC CASTLEBERRY,

    Plaintiff,

v.                                                 Case No. 10-11460

DAIMLER CHRYSLER TRUCK FINANCIAL
"aka" CHRYSLER FINANCIAL SERVICES
AMERICAS, LLC,

    Defendant.
                                                /

## AMENDED JUDGMENT

In accordance with the court's July 31, 2012 "Order Denying Defendant's Motion to Strike, and Granting Defendant's Motion for Summary Judgment of the Complaint and Defendant's Counterclaim,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Daimler Chrysler Truck Financial a/k/a Chrysler Financial Services Americas, LLC. and against Plaintiff Dominic Castleberry in the amount of $29,211.41, plus 18% interest as of January 20, 2009, for a total of $48,442.92. Dated at Detroit, Michigan, this 20th day of March 2013.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT


                                      BY: S/Lisa Wagner
                                          Lisa Wagner, Deputy Clerk
                                          and Case Manager to
                                          Judge Robert H. Cleland