UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINIC CASTLEBERRY,

    Plaintiff,

v.                                      CASE NO: 10-11460

DAIMLER CHRYSLER TRUCK
FINANCIAL "aka" CHRYSLER
FINANCIAL SERVICES AMERICAS,
LLC,

    Defendant.
_____/

## JUDGMENT

       In accordance with the Order Adopting the Magistrate Judge's Report and Recommendation granting the Defendant's motion for attorney fees and costs is **GRANTED,** entered this date, January 28 2014.

    IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendant and against Plaintiff in the amount of $67,006.75 in attorney fees, and in the amount of $124.86 in non-taxable costs.

                                        ENTERED BY ORDER OF THE COURT

Dated: January 28, 2014           S/ Lisa Wagner
                                         LISA G. WAGNER, CASE MANAGER AND
                                         DEPUTY CLERK TO THE HONORABLE
                                         ROBERT H. CLELEND